UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

KARINA RODRIGUEZ,

                                                          Plaintiff,

                  -against-

THE CITY OF NEW YORK, ANNE-MARIE HENDRICKSON, ERIC ENDERLIN, VICTOR HERNANDEZ, SHATARA PELL, MARGARET BROWN, LISA TALMA, and JOHN, and JANE DOES 1-5 (said names being fictitious, the persons intended being those who aided and abetted the unlawful conduct of the named Defendants),

                                                          Defendants.

------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

18-CV-01626 (ER)

       **PLEASE TAKE NOTICE** that **Eric Murrell**, Assistant Corporation Counsel, should be listed as counsel of record, on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for Defendants City of New York ("City"), Anne-Marie Hendrickson, Eric Enderlin, Victor Hernandez, Shatara Pell, Margaret Brown, and Lisa Talma, (collectively, "Defendants"), in the above-captioned matter. Accordingly, I respectfully request that all future correspondence, filings, ECF notifications, or other information related to this

matter be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated: New York, New York
       September 20, 2018

                                      **ZACHARY W. CARTER**
                                      Corporation Counsel of the City of
                                        New York
                                      *Attorney for Defendants*
                                      100 Church Street, 2nd Floor
                                      New York, New York 10007
                                      (212) 356-4083
                                      emurrell@law.nyc.gov

                                                    /S/
                                    _____
                                          ERIC MURRELL
                                ASSISTANT CORPORATION COUNSEL

cc:    **VIA ECF**
        **MADUEGBUNA COOPER LLP**
        Samuel Okwudili Maduegbuna, Esq.
        William W. Cowles II, Esq.
        Attorneys for Plaintiffs
        30 Wall Street, 8th Floor
        New York, NY 10005