UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

KARINA RODRIGUEZ,

                Plaintiff,

      - against -

THE CITY OF NEW YORK, ANNE-MARIE HENDRICKSON, ERIC ENDERLIN, VICTOR HERNANDEZ, SHATARA PELL, MARGARET BROWN, LISA TALMA, and JOHN and JANE DOES 1-5 (said names being fictitious, the persons intended being those who aided and abetted the unlawful conduct of the named Defendants),

                Defendants.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 1/15/2019

**STIPULATION OF VOLUNTARY DISMISSAL**

18 Civ. 1626 (ER)

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties as represented below, as follows:

      1. Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), all of Plaintiff's claims in the above-referenced action, are hereby dismissed, with prejudice, and that an order to that effect may be entered without further notice.

Dated:    New York, New York
            December 19, 2018

**MADUEGBUNA COOPER, LLP**
Attorneys for Plaintiff
30 Wall Street – 8th Floor
New York, New York 10005
Tel: (212) 232-0155
sam.m@meande.com

By: _____
      Samuel O. Maduegbuna

**ZACHARY W. CARTER**
Corporation Counsel of the
 City of New York
Attorney for Defendants
100 Church Street
New York, New York 10007
Tel: (212) 356-4083
emurrell@law.nyc.gov

By: _____
      Eric Murrell
      Assistant Corporation Counsel

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 1/15/2019
New York, New York

18-CV-01626 (ER)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARINA RODRIGUEZ,

                              Plaintiff,

-against-

THE CITY OF NEW YORK, ANNE-MARIE HENDRICKSON, ERIC ENDERLIN, VICTOR HERNANDEZ, SHATARA PELL, MARGARET BROWN, LISA TALMA, and JOHN and JANE DOES 1-5 (said names being fictitious, the persons intended being those who aided and abetted the unlawful conduct of the named Defendants),

                              Defendants.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

***ZACHARY W. CARTER***
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street, Room 2-140*
*New York, N.Y. 10007-2601*

*Of Counsel: Eric Murrell*
*Tel: (212) 356-4083*
*Matter No.: 2018-009803*

*Due and timely service is hereby admitted.*

*Dated: New York, N.Y. .................................., 2018*

*Signed: ..........................................................................*

*Attorney for ...................................................................*